

# Fourth Court of Appeals

## San Antonio, Texas

August 6, 2019

No. 04-19-00327-CV

**PLAINSCAPITAL BANK** and Albert Chapa,
Appellants

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Brief is hereby GRANTED. The appellants' brief is due on or before September 3, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court